MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/6/2026

10011 TELEPHONE: 212-433-2554

**January 6, 2026**

Honorable Analisa Torres
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> Re:    *Alexander Gomez v. 539 Wales Avenue Realty LLC et a*
> *Civil Action No.:  1:25-cv-09096-ATC*
> *Letter-Motion to Adjourn*

Dear Honorable Judge Torres,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's November 5, 2025 Order [DE#8], the Parties are required to file the proposed joint Case Management Plan by January 5, 2026, in advance of the potential initial status conference.

As an initial matter, the Defendants were each served on November 7, 2025 upon the Secretary of the State, as agent for the Companies within the State of New York, [refer to affidavits of service DE#10 - DE#11]. Foremost, neither Defendant has yet appeared in this action, despite the service and notice letters sent directly to the addresses of service listed with the Department of Corporations for New York. Thereon, the Plaintiff would ultimately request the Court adjourn the time to file the Case Management Plan at this point, until a time wherein at least of the Defendants has appeared in the action. If the Defendants, and each of them, continue to flout this Court's jurisdiction, the Plaintiff is prepared to file an application in the coming weeks for Clerk Certificates of Default pursuant to FRCP 55(a), and move for Default Judgment thereafter.

For these reasons, Plaintiff requests a 40-day adjournment of the initial deadlines, and allow the Defendants time to appear and defend in this action on its merits, before plaintiff is compelled to enter into motion practice for Final Default Judgment against them for violation of Title III of the ADA and deprivation of Plaintiff's civil rights pursuant to 42 U.S.C. § 12181.

This extension will not affect any other deadlines or events in this case. Thank you for your time in considering this request.

GRANTED. By **February 17, 2026**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall indicate whether he intends to move for default judgment.

SO ORDERED.

Dated:  January 6, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

Most Respectfully,

BARDUCCI LAW FIRM

*[signature]*

PLLC

Maria-Costanza Barducci Esq.